UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RANDY BRYANT WICK,

                 Plaintiff,

         v.                                          Case No. 21-C-799

CONNOR JOHNSON and
DEPUTY BURES,

                 Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL AND
## TO AMEND THE SCHEDULING ORDER

This matter comes before the Court on Defendants' motion to compel discovery and amend the scheduling order. On April 28, 2022, Defendants served their first set of interrogatories and requests for production on Plaintiff. Among other things, Defendants' requests for production asked for Plaintiff's Rule 26 initial disclosures, which were to be provided by February 27, 2022. Defendants contend that they have not received Plaintiff's responses to their discovery requests or Rule 26(a)(1) initial disclosures despite their attempts to confer with Plaintiff in an effort to resolve the matter without court action. Defendants also seek to extend the discovery and dispositive motion deadlines.

A party may file a motion to compel discovery, under Federal Rule of Civil Procedure 37, when another party fails to respond to interrogatories or requests for production of documents. Plaintiff has not responded to the motion to compel, and the time to do so has now passed. Accordingly, Defendants' motion to compel and to amend the scheduling order (Dkt. No. 29) is **GRANTED**. Plaintiff must provide responses to the discovery requests as well as his Rule

26(a)(1) initial disclosures within **fourteen days** of the date of this order. Plaintiff's failure to comply with this order may result in dismissal of this action. *See* Fed. R. Civ. P. 37. The dispositive motion deadline is extended to October 10, 2022, and the discovery deadline is extended to November 9, 2022. The Court will address Defendants' Rule 7(h) motion for leave to file an untimely answer in a separate order once the briefing deadlines have passed and the motion is ripe for review.

        **SO ORDERED** at Green Bay, Wisconsin this 26th day of July, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
